511 F.2d 1162
 DeKALB AGRESEARCH, INC., Plaintiff-Appellee,
v.
Ralph ABBOTT, Individually, and d/b/a Abbott Egg Farms,
Defendant-Appellant.
 No. 74--2057.
 United States Court of Appeals,
Fifth Circuit.
 April 16, 1975.
 
 R. B. Jones, Roger M. Monroe, Birmingham, Ala., for defendant-appellant.
 George C. Hawkins, Gadsden, Ala., Euel A. Screws, Jr., Montgomery, Ala., for plaintiff-appellee.
 Appeal from the United States District Court for the Northern District of Alabama; Sam C. Pointer, Jr., Judge.
 Before BROWN, Chief Judge, and GODBOLD and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm on the basis of the District Court opinion. See, DeKalb Agresearch, Inc. v. Abbott, N.D.Ala., 1974, 391 F.Supp. 152.
 
 
 2
 Affirmed.